**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-11345-amc |
| | : | |
| Solange D. Chadda, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

**Cibik Law P.C.'s Motion to Withdraw as Counsel for Debtor**

Cibik Law, P.C., by and through Michael A. Cibik, Esq., moves this Court for permission to withdraw as counsel to Debtor Solange D. Chadda pursuant to L.B.R. 2091-1. In support of this motion, Cibik Law states as follows:

1. This case was filed under chapter 13 on May 24, 2022.

2. The trustee in this case is Kenneth E. West.

3. A chapter 13 plan has been filed, but not yet confirmed.

4. In recent days, Ms. Chadda has demanded that Counsel request relief that the Court is unable to grant, including an ex parte hearing to discuss unrelated legal matters. She has accused Counsel of not representing her best interests, alleging that Counsel is instead representing the interests of those she perceives to be her enemies, including "the mafia."

5. Ms. Chadda recently sent Counsel a bizarre text message accusing a creditor in this case of murdering her horse, concluding the message with a concerning diatribe: "IM [sic] A.BICHTCH [sic] BUT A GOOD ONE KARMA IS A BITCH."

6. Given Ms. Chadda's bizarre conduct and her differences with Counsel about how to best represent her in this case, Cibik Law requests that the Court grant leave to withdraw as Counsel.

7. Cibik Law's withdrawal as counsel would be in the best interests of Ms. Chadda, so that she can either represent herself or find an attorney willing to represent her in a way that is satisfactory to her.

NOW, THEREFORE, Cibik Law asks this Court to grant the requested relief in the form of order attached.

Dated: July 15, 2022					CIBIK LAW, P.C.

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com